**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLOMO EPLBOIM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>IFRACH FAMILY LIVING TRUST #1;<br>IFRACH FAMILY LIVING TRUST #2;<br>SHOSHONA IFRACH IRA;<br>ABRAHAM IFRACH IRA,<br><br>　　　　Respondents.<br>_____<br>IFRACH FAMILY LIVING TRUST #1;<br>IFRACH FAMILY LIVING TRUST #2;<br>SHOSHONA IFRACH IRA;<br>ABRAHAM IFRACH IRA,,<br><br>　　　　Counter-Petitioners,<br><br>　　v.<br><br>SHLOMO EPLBOIM,<br><br>　　　　Counter-Respondent. | No.  CV 10–7660 PA (JCx)<br><br>JUDGMENT |

In accordance with the Court's September 19, 2011 order granting the Motion to Confirm Arbitration Award filed by respondents/counter-petitioners Ifrach Family Living

Trust #1, Ifrach Family Living Trust #2, Shoshona Ifrach IRA, and Abraham Ifrach IRA ("Respondents"),

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

     1.     The September 14, 2010 Arbitration Award issued in Case No. 08-03317 is confirmed in all respects;

     2.     Petitioner/counter-respondent Shlomo Eplboim ("Petitioner") shall pay Respondents the unpaid compensatory damages owed to Respondents, in the amount of $85,061.00;

     3.     Petitioner shall pay Respondents pre-judgment interest on late paid compensatory damages at the rate of ten percent per annum (or $23.30 per day), from September 14, 2010 to September 19, 2010, in the amount of $8,621;

     4.     Petitioner shall pay Respondents post-judgment interest on the principal judgment amount at the statutory rate pursuant to 28 U.S.C. § 1961(a), thereafter, until all compensatory damages are paid in full; and

     5.     Petitioner shall pay Respondent's costs of suit.

     The Clerk is ordered to enter this Judgment.

DATED: September 19, 2011

                                             Percy Anderson
                                 UNITED STATES DISTRICT JUDGE